# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **MICHAEL A. HILL,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:15-cv-00144 |
| **ASSET ACCEPTANCE, LLC,** | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Michael A. Hill and defendant Asset Acceptance, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of September, 2015.

*s/ Alan C. Lee*
Alan C. Lee (BPR # 012700)
P.O. Box 1357
Talbott, Tennessee 37877-1357
(423) 581-0924
alee@tndebtdefense.com

Attorney for Plaintiff
MICHAEL A. HILL

*s/ R. Frank Springfield*
R. Frank Springfield (BPR # 025833)
Zachary D. Miller (BPR # 032674)

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
fspringf@burr.com

BURR & FORMAN, LLP
511 Union Street, Suite 2300
Nashville, TN 37219
Telephone: (615) 724-3216
Facsimile: (615) 724-3316
zmiller@burr.com

Attorneys for Defendant
ASSET ACCEPTANCE, LLC